**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____     Chapter      **7**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Key Realty Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3883132** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **268 Newbury Street** **3rd Floor** **Boston, MA 02116** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.keyrealtygroup.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Key Realty Group, LLC**
_____
Name

Case number (*if known*) _____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

___5312___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

Debtor    **Key Realty Group, LLC**                                        Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**       .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

8/05/22 12:49PM

| Debtor | **Key Realty Group, LLC** | Case number (*if known*) |
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **Key Realty Group, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August  5, 2022**
                 MM / DD / YYYY

**X /s/ Curtis Key**                                    **Curtis Key**
Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

---

**18. Signature of attorney**

**X /s/ Richard N. Gottlieb, Esq. BBO #**          Date  **August  5, 2022**
Signature of attorney for debtor                         MM / DD / YYYY

**Richard N. Gottlieb, Esq. BBO # 547970**
Printed name

**The Law Offices of Richard N. Gottlieb**
Firm name

**Ten Tremont Street, Suite 11**
**3rd Floor**
**Boston, MA 02108**
Number, Street, City, State & ZIP Code

Contact phone   **(617) 742-4491**      Email address   **rnglaw@verizon.net**

**BBO # 547970 MA**
Bar number and State

# United States Bankruptcy Court
### District of Massachusetts

In re   **Key Realty Group, LLC** _____   Case No. _____

                                    Debtor(s)                      Chapter      **7** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Curtis Key**, declare under penalty of perjury that I am the **Managing Member** of  **Key Realty Group, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Membership of said corporation at a special meeting duly called and held on the   **4th** day of **August**  , 2022.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Curtis Key**, **Managing Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the Limited Liability Company and

Be It Further Resolved, that **Curtis Key**, **Managing Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that **Curtis Key**, **Managing Member** of this Limited Liability Company is authorized and directed to employ **Richard N. Gottlieb, Esq. BBO # 547970**, attorney and the law firm of **The Law Offices of Richard N. Gottlieb** to represent the Limited Liability Company in such bankruptcy case."

Date  August 4, 2022 _____        Signed  _/s/ Curtis Key, Managing Member_ _____
                                                          **Curtis Key**

**Fill in this information to identify the case:**

Debtor name      **Key Realty Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  5, 2022**          X **/s/ Curtis Key**
                                             Signature of individual signing on behalf of debtor

                                             **Curtis Key**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

8/05/22 12:49PM

**Fill in this information to identify the case:**

Debtor name    **Key Realty Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $                    0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $              263,485.48

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $              263,485.48

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $              150,000.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $              109,616.28

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$              899,011.49

4.    Total liabilities .............................................................................................................................
    Lines 2 + 3a + 3b    $            1,158,627.77

**Fill in this information to identify the case:**

Debtor name      **Key Realty Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)

| | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Bank of America -Operating Account** | **Operating Account (Checking Account)** | **8266** | $0.00 |
| 3.2. | **Bank of America - Escrow Account** | **Escrow Account -Monies Held for Third Parties** | **8279** | $35,125.15 |
| 3.3. | **Bank Santander- New Operating Account** | **Operating Account (Checking Account)** | **3126** | $74,491.92 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $109,617.07 |
|---|

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor    **Key Realty Group, LLC**                                    Case number *(If known)* _____
_____
Name

| 7.1. | **Security Deposit for 266-268 Newbury Street, LP** | $8,280.00 |
|---|---|---|

| 7.2. | **The Copley Group- Deposit for two sets of building keys** | $1,500.00 |
|---|---|---|

| 7.3. | **Great American Financial Services - Security Deposit for copier lease** | $200.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    | $9,980.00 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:                    **33,639.00**    -            **0.00**  = ....    | $33,639.00 |
                                              face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    | $33,639.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor  **Key Realty Group, LLC**
Name

Case number *(If known)* _____

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Executive desks, staff desks, office chairs, reception area furniture, and conference room tables etc. | **$13,086.61** | **Tax records** | **$13,086.61** |
| 40. **Office fixtures** Office decor, appliances, key lockers, cash drop box is, white boards, shredder | **$2,739.23** | **Tax records** | **$2,739.23** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office computers, telephone system, televisions, printers, and other computer and related peripheral items | **$5,423.57** | **Comparable sale** | **$5,423.57** |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$21,249.41** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    **Key Realty Group, LLC**                                    Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.keyrealtygroup.com and www.krghomes.com | Unknown | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Client Lists for Tenant/Buyer/Seller | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** Training materials (decks, videos, and manuals), Salesforce processes | Unknown | | Unknown |
| 65. **Goodwill** Reputation with clients, reviews listed on Internet | Unknown | | Unknown |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Debtor | **Key Realty Group, LLC** | Case number *(If known)* | |
| | Name | | |

| **Employee Retention Tax Credit** | Tax year | **2021** | **$89,000.00** |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Cause of action for breach of contract and related claims against Consultant Erik Poje**
**Unknown**

| Nature of claim | **Chose in Action** |
| Amount requested | **$3,000,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

**$89,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Key Realty Group, LLC** | Case number *(If known)* |
|--------|---------------------------|--------------------------|
|        | Name                      |                          |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $109,617.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,980.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $33,639.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $21,249.41 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $89,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $263,485.48 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $263,485.48 |

**Fill in this information to identify the case:**

Debtor name  **Key Realty Group, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bayfirst National Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Bank of America -Operating Account - Operating Account (Checking Account) - Acct# 8266- and all person property assets of Debtor including A/R. Equipment, Inventory and Contracts (subject to Art. IX of UCC), et al.** | $150,000.00 | $0.00 |

**700 Central Avenue
Saint Petersburg, FL 33701**
Creditor's mailing address

Describe the lien
**All-Assets Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
2022
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $150,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **Key Realty Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Angelica Brennan**<br>**1722 Adams Avenue**<br>**Apt. No. M5**<br>**Toms River, NJ 08753** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** | **$500.00** |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Commissions due Independent Contractor of Debtor** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Gabriel Sultan**<br>**100 Pier 4 Boulevard**<br>**Apt. No. 1206**<br>**Boston, MA 02210** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,843.80** | **$6,843.80** |
| Date or dates debt was incurred<br>**2022** | Basis for the claim:<br>**Commissions due Independent Contractor of Debtor** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Key Realty Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87,252.48 | $15,150.00 |
|---|---|---|---|---|

**Jason Canulla**
**232 Old Colony Avenue**
**Unit # 206**
**Boston, MA 02127**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred

**2021 and 2022**

Basis for the claim:
**Commissions due Independent Contractor of Debtor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,800.00 | $1,800.00 |
|---|---|---|---|---|

**Kiara Mark**
**19 Beethoven Street**
**Boston, MA 02119**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**2022**

Basis for the claim:
**Independent Contract Commission Owed as Real Estate Agent**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,275.00 | $12,275.00 |
|---|---|---|---|---|

**Richard McKenna**
**35 Hale Street**
**Hyde Park, MA 02136**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**2022**

Basis for the claim:
**Commissions due Independent Contractor of Debtor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.00 | $945.00 |
|---|---|---|---|---|

**Robert Heighton**
**1 Fox Run**
**Apt. No. 10**
**Marshfield, MA 02050**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**2022**

Basis for the claim:
**Commissions due Independent Contractor of Debtor**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.  List in alphabetical order** all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Debtor | **Key Realty Group, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**266-268 Newbury Street, LP**
**268 Newbury Street**
**Boston, MA 02116**

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __July 2022__

Last 4 digits of account number  _

Basis for the claim:  __Potential past due rent__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,586.00** |

**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-4480**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __12/1/2015__

Last 4 digits of account number  __1003__

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,433.08** |

**Bank of America, N.A.**
**PO Box 15796**
**Wilmington, DE 19886-5796**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __8/1/2018__

Last 4 digits of account number  __2290__

Basis for the claim:  __Line of Credit__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,406.46** |

**Bank of America, N.A.**
**PO Box 15796**
**Wilmington, DE 19886-5796**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __5/26/2015__

Last 4 digits of account number  __7484__

Basis for the claim:  __Credit Card__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$61,332.00** |

**Bank of America, N.A.**
**PO Box 17237**
**Wilmington, DE 19886-7237**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __5/1/2020__

Last 4 digits of account number  __2446__

Basis for the claim:  __CARES Act Paycheck Protection Program Loan__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178,436.20** |

**Celtic Bank**
**268 South State Street, Suite 300**
**Salt Lake City, UT 84111**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __12/30/2021__

Last 4 digits of account number  __6782__

Basis for the claim:  __Line of Credit__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41,535.15** |

**Newman & Newman**
**1 McKinley Square**
**3rd Floor**
**Boston, MA 02109**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  __2019__

Last 4 digits of account number  __618M__

Basis for the claim:  __Legal fees__

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Key Realty Group, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$32,082.60** |
|---|---|---|---|

**Quick Bridge Funding**
**410 Exchange**
**Suite 150**
**Irvine, CA 92602**

Date(s) debt was incurred  5/23/2022

Last 4 digits of account number  0951

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Line of Credit

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$461,200.00** |
|---|---|---|---|

**U.S. Small Business Administration**
**SBA District Office**
**10 Causeway Street**
**Room 265**
**Boston, MA 02222**

Date(s) debt was incurred  6/1/2020

Last 4 digits of account number  7808

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Small Business Administration EIDL Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **OnDeck Capital**<br>**1400 Broadway**<br>**25th Floor**<br>**New York, NY 10018** | Line  3.6<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 109,616.28 |
| 5b. Total claims from Part 2 | 5b. + | $ | 899,011.49 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 1,008,627.77 |

8/05/22 12:49PM

**Fill in this information to identify the case:**

Debtor name **Key Realty Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease- Acct. No. 1566672** |
| State the term remaining | **12 months** |
| List the contract number of any government contract | **Great America Financial Services** **P.O. Box 660831** **Dallas, TX 75266-0831** |

**Fill in this information to identify the case:**

Debtor name    **Key Realty Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Curtis Key** | **780 Boylston Street Apt. 22H Boston, MA 02199** | **American Express** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.2 | **Curtis Key** | **780 Boylston Street Apt. 22H Boston, MA 02199** | **Bank of America, N.A.** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.3 | **Curtis Key** | **780 Boylston Street Apt. 22H Boston, MA 02199** | **Bank of America, N.A.** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.4 | **Curtis Key** | **780 Boylston Street Apt. 22H Boston, MA 02199** | **Bayfirst National Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Key Realty Group, LLC** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | **Curtis Key**    **780 Boylston Street Apt. 22H Boston, MA 02199** | **Celtic Bank** | ☐ D _____ ☑ E/F ___3.6___ ☐ G _____ |
| 2.6 | **Curtis Key**    **780 Boylston Street Apt. 22H Boston, MA 02199** | **Quick Bridge Funding** | ☐ D _____ ☑ E/F ___3.8___ ☐ G _____ |
| 2.7 | **Curtis Key**    **780 Boylston Street Apt. 22H Boston, MA 02199** | **U.S. Small Business Administration** | ☐ D _____ ☑ E/F ___3.9___ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Key Realty Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $258,022.53 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $1,415,656.65 |
| **For year before that:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | $899,491.25 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Key Realty Group, LLC** _____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Gabriel Sultan**<br>**100 Pier 4 Boulevard**<br>**Apt. No. 1206**<br>**Boston, MA 02210** | **5/10/22,=$4,9**<br>**83.50**<br>**5/17/22=$4,7**<br>**48.75,**<br>**6,21/22=$1,7**<br>**42.50** | **$11,474.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commission due**<br>**Independent Contractor as Real**<br>**Estate Agent** |
| 3.2. **Richard McKenna**<br>**35 Hale Street**<br>**Hyde Park, MA 02136** | **5/17/22=$1,4**<br>**50.00,**<br>**6/2/22=$1,35**<br>**0.00,**<br>**6/21/22=$4,6**<br>**70.00,**<br>**6/28/22=$1,0**<br>**15.00,**<br>**7/5/22=$1,05**<br>**0.00**<br>**7/26/22=$5,7**<br>**70.77** | **$15,305.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Commission due**<br>**Independent Contractor as Real**<br>**Estate Agent** |
| 3.3. **266-268 Newbury Street, LP**<br>**268 Newbury Street**<br>**Boston, MA 02116** | **5/27/22=$6,7**<br>**80.00,**<br>**6/2/22=$1,50**<br>**0.00,**<br>**6/21/22=$1,5**<br>**00.00,**<br>**6/28/22=8,28**<br>**0.00** | **$18,060.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **American Express**<br>**P.O. Box 650448**<br>**Dallas, TX 75265-4480** | **5/9/22=$15,0**<br>**00.00,**<br>**5/23/22=$2,6**<br>**14.00,**<br>**7/8/22=$2,61**<br>**4.00** | **$20,228.00** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Fundbox, Inc. for QuickBridge**<br>**5760 Legacy Drive**<br>**Suite B3-535**<br>**Plano, TX 75024** | **6/16/2022=$1**<br>**,000.25,**<br>**6/23/22=$1,0**<br>**00.25,**<br>**6/30/22=$19,**<br>**126.18** | **$21,126.68** | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Line of Credit for the**<br>**Purchase of Future**<br>**Receivables** |

Debtor  **Key Realty Group, LLC**

Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.6. **Celtic Bank**<br>**268 South State Street, Suite 300**<br>**Salt Lake City, UT 84111** | 5/11/22=$2,411.30,<br>5/18/22=$2,411.30,<br>5/25/22=$2,411.30,<br>6/1/22=$2,411.30,<br>6/8/22=$2,411.30,<br>6/15/22=$2,411.30,<br>6/22/22=$2,411.30,<br>6/29/22=$2,411.30,<br>7/6/22=$2,411.30,<br>7/13/22=$2,411.30<br>7/20/22=$2,411.30<br>7/27/22=$2,411.30 | $28,935.60 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.7. **Porsche Financial Services**<br>**One Porrsche Drive**<br>**Atlanta, GA 30354** | 5/18/22=$1,878.46<br>6/21/22=$1,878.46<br>7/18/22=$1,878.46<br>7/18/22=$3,366.46 | $9,001.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Car lease of automobile used in business but taken out in name of Curtis Key** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Key Realty Group, LLC | | Case number *(if known)* | |

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<table>
<tr><td colspan="4"><strong>Part 3:</strong>    Legal Actions or Assignments</td></tr>
</table>

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Devin N. Melendy v. Debtor and Curtis Key**<br>C.A. No. 2009CV000015 | **Commission Dispute** | **Brookline District Court**<br>**360 Washington Street**<br>**Brookline, MA 02445** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Christie Fusco v. Debtor and Curtis Key**<br>2022-000568-IT-ENF | **Administrative Matter** | **Board of Registration of R.E. Brokers**<br>**1000 Washington Street, Suite 710**<br>**Boston, MA 02118** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Devin N. Melendy v. Debtor**<br>2022-000627-IT-ENF | **Administrative Matter** | **Board of Registration of R.E. Brokers**<br>**1000 Washington Street, Suite 710**<br>**Boston, MA 02118** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table>
<tr><td colspan="4"><strong>Part 4:</strong>    Certain Gifts and Charitable Contributions</td></tr>
</table>

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table>
<tr><td colspan="4"><strong>Part 5:</strong>    Certain Losses</td></tr>
</table>

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

<table>
<tr><td colspan="4"><strong>Part 6:</strong>    Certain Payments or Transfers</td></tr>
</table>

| Debtor | **Key Realty Group, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Law Offices of Richard N. Gottlieb Ten Tremont Street, Suite 11 3rd Floor Boston, MA 02108** | **Attorney Fees** | **7/15/2022** | **$4,500.00** |
| | Email or website address **rnglaw@verizon.net** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **344 Harvard Street Brookline, MA 02446** | **12/01/2019-12/18/2020** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Key Realty Group, LLC** _____    Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

### Name, address, social security number, phone number, income, date of birth

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Key Realty Group, LLC** | Case number *(if known)* | |

---

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **Key Realty Group, LLC** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Treeful, Damaso, Aniceto, CPA** **105 Chestnut Street** **Suite 10** **Needham, MA 02492** | **9/29/20 to Present** |
| 26a.2. **FinAccurate, LLC** **300 Tradecenter Drive** **Suite 4410** **Woburn, MA 01801** | **6/10/20 to 8/24/20** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Treeful, Damaso, Aniceto, CPA** **105 Chestnut Street** **Suite 10** **Needham, MA 02492** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1. **Fundbox, Inc.** **5760 Legacy Drive** **Suite B3-535** **Plano, TX 75024** |
| 26d.2. **QuickBooks Capital** **2700 Coast Avenue** **Mountain View, CA 94043-1140** |
| 26d.3. **Celtic Bank** **268 South State Street, Suite 300** **Salt Lake City, UT 84111** |
| 26d.4. **Quick Bridge Funding** **410 Exchange** **Suite 150** **Irvine, CA 92602** |
| 26d.5. **Bank of America, N.A.** **PO Box 17237** **Wilmington, DE 19886-7237** |
| 26d.6. **U.S. Small Business Administration** **SBA District Office** **10 Causeway Street** **Room 265** **Boston, MA 02222** |

27. **Inventories**

| Debtor | **Key Realty Group, LLC** | Case number *(if known)* | |
|---|---|---|---|

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Curtis Key** | **780 Boylston Street Apt. 22H Boston, MA 02199** | **CEO and Real Estate Broker** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Curtis Key 780 Boylston Street Apt. 22H Boston, MA 02199** | **$2,049.19 bi-weekly for a total of $55,328.13** | **8/1/2021 through 8/5/2022** | **Bi-Weekly Salary as Broker** |
| | **Relationship to debtor Managing Member** | | | |
| 30.2. | | | | |
| | **Relationship to debtor** | | | |
| 30.3. | | | | |
| | **Relationship to debtor** | | | |
| 30.4. | | | | |
| | **Relationship to debtor** | | | |

Debtor   **Key Realty Group, LLC**                                              Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5 . | | 08/30/2021=$10,000.00<br>10/04/2021=$10,000.00<br>10/28/2021=$10,000.00<br>11/29/2021=$10,000.00<br>01/05/2022=$5,000.00<br>01/26/2022=$10,000.00<br>02/24/2022=$15,000.00<br>03/31/2022=$5,000.00<br>04/04/2022=$2,000.00<br>04/29/2022=$10,000.00<br>05/26/2022=$10,000.00<br>06/27/2022=$10,000.00<br>07/12/2022=$3,000.00<br>07/28/2022=$7,000.00 | | |
| | **Curtis Key<br>780 Boylston Street<br>Apt. 22H<br>Boston, MA 02199** | | **See listing** | **Regular and usual draws for compensation of Managing Member** |
| | **Relationship to debtor<br>Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☑ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  5, 2022**

**/s/ Curtis Key**                                              **Curtis Key**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ☑ No
- ☐ Yes

# United States Bankruptcy Court
### District of Massachusetts

In re    **Key Realty Group, LLC**

Case No.

Debtor(s)    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **August  5, 2022**

**/s/ Curtis Key**

**Curtis Key**/**Managing Member**
Signer/Title

266-268 Newbury Street, LP
268 Newbury Street
Boston, MA 02116

American Express
P.O. Box 650448
Dallas, TX 75265-4480

Angelica Brennan
1722 Adams Avenue
Apt. No. M5
Toms River, NJ 08753

Bank of America, N.A.
PO Box 15796
Wilmington, DE 19886-5796

Bank of America, N.A.
PO Box 17237
Wilmington, DE 19886-7237

Bayfirst National Bank
700 Central Avenue
Saint Petersburg, FL 33701

Celtic Bank
268 South State Street, Suite 300
Salt Lake City, UT 84111

Curtis Key
780 Boylston Street
Apt. 22H
Boston, MA 02199

Gabriel Sultan
100 Pier 4 Boulevard
Apt. No. 1206
Boston, MA 02210

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

Jason Canulla
232 Old Colony Avenue
Unit # 206
Boston, MA 02127

Kiara Mark
19 Beethoven Street
Boston, MA 02119

Newman & Newman
1 McKinley Square
3rd Floor
Boston, MA 02109

OnDeck Capital
1400 Broadway
25th Floor
New York, NY 10018

Quick Bridge Funding
410 Exchange
Suite 150
Irvine, CA 92602

Richard McKenna
35 Hale Street
Hyde Park, MA 02136

Robert Heighton
1 Fox Run
Apt. No. 10
Marshfield, MA 02050

U.S. Small Business Administration
SBA District Office
10 Causeway Street
Room 265
Boston, MA 02222

# United States Bankruptcy Court
## District of Massachusetts

In re   **Key Realty Group, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Key Realty Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  5, 2022**

Date

**/s/ Richard N. Gottlieb, Esq. BBO #**
**Richard N. Gottlieb, Esq. BBO # 547970**
Signature of Attorney or Litigant
Counsel for   **Key Realty Group, LLC**
**The Law Offices of Richard N. Gottlieb**
**Ten Tremont Street, Suite 11**
**3rd Floor**
**Boston, MA 02108**
**(617) 742-4491 Fax:(617) 742-5188**
**rnglaw@verizon.net**